In the Matter of the Arbitration between E. Milius & Co., Inc., Respondent, and Regal Shirt Corp., Appellant.

Submitted February 24, 1953; decided March 5, 1953.

*David Sklaire* and *Benjamin S. Kalnick* for motion.
*Irving J. Seaver* and *Michael Feiring* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right on giving a stipulation for order absolute.